IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NANCY NEAVES            PLAINTIFF

V.            3:10-cv-3098

GLOBAL CREDIT & COLLECTIONS            DEFENDANT
CORPORATION

## CLERK'S ORDER OF DISMISSAL

The parties herein, having filed their Joint Stipulation for Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that the plaintiff's complaint be, and hereby is, dismissed with prejudice and without cost to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

AT THE DIRECTION OF THE COURT
CHRISTOPHER R. JOHNSON, CLERK

By: /s/ Laura L. Wolfe
       Deputy Clerk